# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4053

_____

United States of America,    *
                             *
            Appellee,        *
                             *    Appeal from the United States
     v.                      *    District Court for the
                             *    Western District of Missouri.
John F. Jackman,             *
                             *    [UNPUBLISHED]
            Appellant.       *

_____

Submitted: November 7, 2000
Filed: November 24, 2000

_____

Before RICHARD S. ARNOLD, BRIGHT, and HANSEN, Circuit Judges.

_____

PER CURIAM.

John Jackman pleaded guilty to receiving stolen property, in violation of 18 U.S.C. § 2315, and the district court[1] sentenced him to 8 months confinement and 2 years supervised release. On appeal, his counsel has filed a brief and moved to withdraw pursuant to Anders v. California, 386 U.S. 738 (1967), and Jackman has filed a pro se supplemental brief. They both argue that Jackman received ineffective assistance of counsel.

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

Jackman's ineffective-assistance claims--and his related claim that his guilty plea was invalid--should be presented in 28 U.S.C. § 2255 proceedings. See United States v. Martin, 59 F.3d 767, 771 (8th Cir. 1995). Having reviewed the record independently pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we have found no non-frivolous issues for appeal. Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.